834 A.2d 1103

### GOLDEN EAGLE CONSTRUCTION COMPANY, INC., Appellant

v.

### COMMONWEALTH of Pennsylvania, BUREAU OF FINANCE AND REVENUE, Appellee.

Supreme Court of Pennsylvania.

Oct. 27, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October, 2003, we **AFFIRM** the Order of the Commonwealth Court.